# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

UNITED STATES OF AMERICA

  VS                CASE NO. 5:02cr32-RH

CLAY VON TURNER

## REFERRAL AND ORDER

The motion/pleading was filed by defendant on 06/22/2005 (document #92), and referred to Magistrate Judge William C. Sherrill on 06/22/2005.

Summary of motion/pleading: MOTION TO SUPPLEMENT

            WILLIAM M. MCCOOL, CLERK OF COURT

            _____s/ Pamela Lourcey_____
            DEPUTY CLERK

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 14th day of July, 2005, the requested relief is **GRANTED.**  Absent objection from the Government filed no later than August 15, 2005, the court will consider the supplement with the 2255 motion.  Defendant is advised any future requests to add or clarify claims shall be in the form of a motion to amend.  The clerk shall forward a copy of Local Rule 15.1 to Defendant with this order.

            _____S/ William C. Sherrill_____
            UNITED STATES MAGISTRATE JUDGEA