# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                               CASE NO. 5:02cr32-RH/WCS
                                                         5:04cv140-RH/WCS
CLAY V. TURNER,

      Defendant.
_____/

## ORDER DENYING §2255 MOTION

This matter is before the court on the magistrate judge's report and recommendation (document 99) and the objections thereto (document 101). Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "Defendant's motion, as amended, for relief under 28 U.S.C. §2255 (document 84) is DENIED WITH PREJUDICE." The clerk shall close the file.

SO ORDERED this 3d day of February, 2006.

                                  s/Robert L. Hinkle
                                  Chief United States District Judge